

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Christopher Pelletier v. The State of Texas

Appellate case number:    01-21-00425-CR, 01-21-00430-CR

Trial court case number:  20CR1225, 21CR1166

Trial court:              10th District Court of Galveston County

On December 17, 2021, Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeals are without merit and frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). When appointed counsel believes an appeal is frivolous, counsel must request permission to withdraw from representation. *See id.* An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion to withdraw may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Appellant's court-appointed counsel did not file a motion to withdraw from representation. We order Appellant's appointed counsel, Zachary Maloney, to file with the Clerk of this Court within ten days of the date of this order a motion to withdraw compliant with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date:   April 26, 2022